UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM STONER,<br><br>       Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. C14-1293 RSM<br><br>**ORDER REVERSING THE COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS** |

The Court, having reviewed the record and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, **ORDERS**:

  1. The Court adopts the Report and Recommendation;

  2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

  DATED this 10th day of April 2015.

               _____
               RICARDO S. MARTINEZ
               UNITED STATES DISTRICT JUDGE